WILL COLE v. THE STATE.

No. 6449.    Decided November 9, 1921.

Rehearing denied January 11, 1922.

Burglary—Certiorari—Practice on Appeal—Motion for Rehearing—Delay.

Where, in a motion for rehearing, appellant asked for a writ of certiorari to complete the record, but failed to state in what particluar the record was incomplete, and two months have elapsed since, and no application for certiorari has been filed, the motion for rehearing must be overruled.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable C. A. Pippen.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—Conviction is for the offense of burglary; punishment fixed at confinement in the penitentiary for a period of two years.

The record revealing no fundamental error and containing neither statement of facts nor bills of exceptions, it is the duty of the court to affirm the judgment, which is accordingly done.

*Affirmed.*

ON REHEARING.

January 11, 1922.

HAWKINS, Judge.—Appellant urges in his motion for rehearing many things which can not be considered because not properly before us by bills of exceptions. He alleges that a motion will be filed in this court for writ of *certiorari* to bring up a complete record, and prays the court not to act on the motion for rehearing until the request for *certiorari* is presented.. He fails to state in what particular the record is incomplete. Such record as we have before us was filed in this court on July 11, 1921. There is no excuse for counsel not knowing the condition of the record long before the case was submitted in the first instance. The opinion was delivered November 9th, 1921. Two months have elapsed since then, and still no application for certiorari has been filed. This court cannot countenance delays of such character, and will not withhold action under the circumstances.

Motion for rehearing is overruled.

*Overruled.*